1  PHILLIP A. TALBERT
   United States Attorney
2  MELANIE L. ALSWORTH
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
6  Attorneys for Plaintiff
   United States of America
7



8              IN THE UNITED STATES DISTRICT COURT
9                EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA, | CASE NO. 5:17-MJ-00004 JLT
11 |                            |
12 |            Plaintiff,      | ORDER DISMISSING COMPLAINT AGAINST
   |                            | CARRILLO AND DENMARK
13 |       v.                   |
14 | LORI CARRILLO,             |
   | LADON DENMARK, AND         |
15 | AARON STEWART              |
16 |            Defendants.     |

17     Upon application of the United States of America, the Complaint against the above-named
18 defendants filed on February 23, 2017, is ordered dismissed in the interests of justice. Additionally, the
19 United States Marshal and his/her Deputy in the Eastern District of California are directed to release the
20 defendant, Ladon Denmark, from custody.
21   Dated: February 23, 2017
22
23                                              _____
                                                LAWRENCE J. O'NEILL
24                                              United States District Court Judge

1