| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, Bar #294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | LORI CARRILLO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:17-cr-00037-LJO-SKO-1 |
| | ) | |
| Plaintiff, | ) | **REQUEST FOR RULE 43 WAIVER OF** |
| | ) | **APPEARANCE FOR DEFENDANT;** |
| vs. | ) | **ORDER THEREON** |
| | ) | |
| LORI CARRILLO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Defendant, Lori Carrillo, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this Court allow her attorney-in-fact to represent her interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of her appearance at said time and place.

Defendant resides in Bakersfield, California and is responsible for the care of her four children. Ms. Carrillo's youngest child is three years old, and is not yet enrolled in school. It would impose a considerable hardship on Ms. Carrillo to travel to Fresno, Ca with her youngest

child.  It is therefore requested that her appearance be waived for future non-substantive hearings.

                                                               Respectfully submitted,

                                                               HEATHER E. WILLIAMS
                                                               Federal Defender

DATED: April 7, 2017                       */s/ LORI CARRILLO*
                                                              LORI CARRILLO
                                                               [Original Signature in File]

DATED: April 7, 2017                       */s/ Megan T. Hopkins*
                                                               Megan T. Hopkins
                                                               Assistant Federal Defender
                                                               Attorney for Defendant
                                                               LORI CARRILLO

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive proceedings until further order.

IT IS SO ORDERED.

Dated:  **April 10, 2017**                            /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE