PHILLIP A. TALBERT
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00037 LJO SKO |
| Plaintiff, | AMENDED STIPULATION TO CONTINUE STATUS CONFERENCE AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| LORI CARRILLO, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 21, 2017.

2. By this stipulation, the parties agree to continue the status conference until October 2, 2017, and to exclude time between August 21, 2017, and October 2, 2017 for further investigation by the parties, case preparation, and plea negotiations.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has produced initial discovery in this case. Counsel for defendant has requested that the government investigate several issues that could result in additional discovery being provided to defendant.

    b) Counsel for the government and defendant desire additional time for the

government to investigate these issues and to permit defense counsel adequate time to review any supplemental discovery received from the government in connection with this further investigation.

      c)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      d)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 21, 2017 to October 2, 2017, inclusive, is deemed excludable.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 17, 2017
      PHILLIP A. TALBERT
      United States Attorney

      /s/ MELANIE L. ALSWORTH
      MELANIE L. ALSWORTH
      Assistant United States Attorney

Dated: August 17, 2017
      /s/ MEGAN T. HOPKINS
      MEGAN T. HOPKINS
      Counsel for Defendant
      LORI CARRILLO

**ORDER**

IT IS SO ORDERED.

Dated: __**August 17, 2017**__         /s/ *Sheila K. Oberto*
                             UNITED STATES MAGISTRATE JUDGE