| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, SBN #294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | LORI CARRILLO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:17-cr-0037 LJO-SKO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE; ORDER |
| vs. | ) | |
| | ) | Date: January 16, 2018 |
| LORI CARRILLO, | ) | Time: 1:00 p.m. |
| | ) | Judge: Hon. Sheila K. Oberto |
| Defendant. | ) | |
| | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Melanie Alsworth, counsel for the plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Lori Carrillo, that the status conference currently scheduled for November 20, 2017 at 1:00 p.m. be continued to January 16, 2018 at 1:00 p.m.

The parties are actively engaged in plea negotiations, but have not yet arrived at an agreement. The defense has recently provided the government with additional information which may impact plea negotiations and which the government will need additional time to consider. The continuance is requested to permit the parties enough time to come to terms, draft a written plea agreement and execute the agreement. If the parties are able to do so prior to January 16, 2018, the parties will notify the Court and request the matter be advanced for a change of plea before the district judge. If the parties are unable to reach and execute and

agreement, the parties will come prepared with a proposed trial date on January 16, 2018.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). Time has previously been excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., through the November 20, 2017 status conference for *inter alia* defense trial preparation.

Respectfully submitted,

Phillip Talbert
United States Attorney

Date: November 15, 2017          */s/ David Gappa*
                                 MELANIE ALSWORTH
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


                                 HEATHER E. WILLIAMS
                                 Federal Defender

Date: November 15, 2017          */s/ Megan T. Hopkins*
                                 MEGAN T. HOPKINS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 LORI CARRILLO

## **O R D E R**

This case has been pending since February 28, 2017. At the status conference on October 2, 2017, the Court set a further status conference on November 20, 2017, and informed the parties that they shall be prepared to set the case for trial at the next status conference. As such, the parties' stipulated request for a continuance of the status conference is DENIED. The parties may request a trial date which allows time for continued settlement discussions and plea negotiations. Should the parties resolve the case before their trial date, they can notifiy the Court

1 | and request that the trial date be vacated.

3 | IT IS SO ORDERED.

Dated:  **November 15, 2017**                    /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE