HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
MEGAN T. HOPKINS, CA SBN 294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
LORI CARRILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:17-cr-0037-LJO-SKO |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO MODIFY TERMS AND |
| vs. | ) | CONDITIONS OF PRETRIAL RELEASE; |
| | ) | ORDER |
| LORI CARRILLO, | ) | |
| | ) | JUDGE: Hon. Sheila K. Oberto |
| Defendant. | ) | |
| | ) | |

    Defendant, Lori Carrillo, by and through her counsel, Assistant Federal Defender Megan T. Hopkins, and counsel for the government, Assistant United States Attorney Melanie Alsworth, hereby submit this stipulation to modify the conditions of Ms. Carrillo's pretrial release pursuant to this Court's authority under 18 U.S.C. § 3142(c)(3). This stipulation is made after consultation with the Pretrial Services Office, which supports this modification.

    Ms. Carrillo commenced pretrial release on February 16, 2017. Ms. Carrillo was ordered released on her own recognizance to third party custodian Diana Carrillo. Since that time Ms. Carrillo has remained in compliance with the terms and conditions of her pretrial release, has completed the Moral Reconation Therapy (MRT) program, has participated in outpatient treatment services, remained drug-free, and has addressed all outstanding warrants.[1] Ms. Carrillo

---

[1] Counsel for both parties received this information in an update from Pretrial Services Officer Francisco Guerrero on December 6, 2017.

is relocating to Lytle, Texas where the Pretrial Services Office will accept courtesy supervision. Ms. Carrillo will be residing with her mother. Based upon the foregoing, the Pretrial Services Office has confirmed with counsel that it does not feel a third party custodian is necessary going forward.

It is therefore respectfully requested by the parties that Ms. Carrillo's terms and conditions of pretrial release be modified to remove the condition of a third party custodian, release pursuant to 18 U.S.C. § 3142(c)(3).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 8, 2018        */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
LORI CARRILLO

Date: January 8, 2018        */s/ Melanie Alsworth*
Melanie Alsworth
Assistant United States Attorney
Counsel for the United States

**O R D E R**

Pursuant to the stipulation to modify the Defendant's conditions of pretrial release and 18 U.S.C. § 3142(c)(3), the Court hereby modifies the Defendant's conditions of pretrial release as follows:

The condition of a third party custodian shall be removed. All other conditions of pretrial release shall remain in full force and effect.

IT IS SO ORDERED.

Dated: **January 9, 2018**        /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE