| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, Bar #294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | LORI CARRILLO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-cr-0037-001 LJO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER THEREON** |
| vs. | |
| LORI CARRILLO, | Date: June 25, 2018 |
| | Time: 8:30 a.m. |
| Defendant. | Judge: Honorable Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing set for Monday, April 30, 2018 at 9:30 a.m., before the Honorable Lawrence J. O'Neill, be continued to Monday, June 25, 2018 at 9:30 a.m.

The parties wish to continue sentencing in this matter at the request of defense counsel, to allow additional time for the preparation of sentencing materials on Ms. Carrillo's behalf. Defense counsel intends to travel to Ms. Carrillo's new home in San Antonio, Texas in order to interview her family and conduct further mitigation investigation. The soonest defense counsel will be able to schedule the trip is the first week of May. A continuance to the end of June will therefore allow for the mitigation evidence collected to be organized and presented to the Probation Officer and the Court in advance of sentencing.

The parties further stipulate to the following amended presentence schedule:

1) Informal Objections Due to Probation and Opposing Counsel: May 28, 2018; and
2) Objections Filed with Court and Served on Probation and Opposing Counsel: June 11, 2018.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: March 26, 2018 */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
LORI CARRILLO

MCGREGOR SCOTT
United States Attorney

DATED: March 26, 2018 */s/ Melanie Alsworth*
MELANIE ALSWORTH
Assistant U.S. Attorney
Attorney for Plaintiff

# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the sentencing hearing set for Monday, April 30, 2018 at 9:30 a.m., before the Honorable Lawrence J. O'Neill, be continued to Monday, June 25, 2018 at 9:30 a.m. The presentence schedule shall be amended as set forth above.

IT IS SO ORDERED.

Dated: **March 26, 2018**       */s/ Lawrence J. O'Neill*
UNITED STATES CHIEF DISTRICT JUDGE