| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, Bar #294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
LORI CARRILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-0037-001 LJO |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER THEREON** |
| vs. | |
| LORI CARRILLO, | Date: July 16, 2018 |
| | Time: 9:30 a.m. |
| Defendant. | Judge: Honorable Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing set for Monday, June 25, 2018 at 9:30 a.m., before the Honorable Lawrence J. O'Neill, be continued to Monday, July 16, 2018 at 9:30 a.m.

The parties wish to continue sentencing in this matter at the request of defense counsel, to allow additional time for the preparation of sentencing materials on Ms. Carrillo's behalf. Defense counsel has received a copy of the final PSR but is out of the office at this time for official training in New York, and unable to prepare and file formal objections within the current pre-sentence schedule. Defense counsel is also preparing a sentencing video to submit in advance of the sentencing hearing which will require some additional time to complete. A continuance to July 16, 2018 will therefore allow for the formal objections to the PSR to be

lodged and for mitigation evidence collected to be organized and presented to the Court in advance of sentencing.

The parties further stipulate to the following amended presentence schedule:

1) Formal Objections Filed with Court and Served on Probation and Opposing Counsel: July 2, 2018.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: June 7, 2018                     */s/ Megan T. Hopkins*
                                        MEGAN T. HOPKINS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        LORI CARRILLO


                                        MCGREGOR SCOTT
                                        United States Attorney


DATED: June 7, 2018                     */s/ Melanie Alsworth*
                                        MELANIE ALSWORTH
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the sentencing hearing set for Monday, June 25, 2018 at 9:30 a.m., before the Honorable Lawrence J. O'Neill, be continued to Monday, July 16, 2018 at 9:30 a.m. The presentence schedule shall be amended as set forth above.

IT IS SO ORDERED.

Dated:   **June 7, 2018**                    /s/ Lawrence J. O'Neill
                                             UNITED STATES CHIEF DISTRICT JUDGE