# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED JUN 2 8 2018 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK

United States of America
vs.
Lori Carrillo

Case No. 1:17-cr-00037 – LJO/SKO - 001

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Lori Carrillo_____, have discussed with _____Francisco J. Guerrero_____, Pretrial Services Officer, modifications of my release conditions as follows: Condition (i), of the original release order dated February 28, 2017, shall be modified to the following:

> You must refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used; and add the following condition:
>
> You must not operate a motor vehicle without a valid driver's license.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  5/21/18        _____  5/14/2018
Signature of Defendant       Date             Pretrial Services Officer       Date

I have reviewed the conditions and concur that this modification is appropriate.

_____ JAB for Melanie Alsworth        6/27/18
Signature of Assistant United States Attorney                Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____        6/27/2018
Signature of Defense Counsel       Date

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on 6/27/18.
☐ The above modification of conditions of release is *not* ordered.

_____        6/27/18
Signature of Judicial Officer       Date

cc: U.S. Attorney=s Office, Defense Counsel, Pretrial Services