| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, CA #294141 |
| | Assistant Federal Defender |
| 3 | Officer of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | LORI CARRILLO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:17-cr-0037-LJO-SKO |
| | ) | |
| Plaintiff, | ) | **REQUEST FOR TRAVEL ASSISTANCE** |
| | ) | **PURSUANT TO 18 U.S.C. § 4285; ORDER** |
| vs. | ) | |
| | ) | |
| LORI CARRILLO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Ms. Carrillo, through her undersigned counsel, hereby requests that, pursuant to 18 U.S.C. § 4285, this Court direct the United States Marshal to furnish her with the cost of travel from San Antonio, Texas, to Fresno, California, so that she may attend court in Fresno on July 16, 2018, at 9:30 a.m. Additionally, Ms. Carrillo requests the United States Marshal provide her with subsistence expenses for this travel period not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. § 5702(a).

Ms. Carrillo's presence is required on July 16, 2018, so that she can be present for sentencing. Ms. Carrillo has been found indigent and eligible for appointed counsel in this case.

///

///

///

///

She therefore requests the Court direct that her travel expenses be paid as contemplated by 18 U.S.C. § 4285.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: July 11, 2018         */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
LORI CARRILLO

## **O R D E R**

Pursuant to 18 U.S.C. § 4285, the Court direct the United States Marshal to furnish Lori Carrillo with the cost of travel from San Antonio, Texas, to Fresno, California, so that she may attend court in Fresno on July 16, 2018, at 9:30 a.m. Additionally, the United States Marshal shall provide Ms. Carrillo with subsistence expenses for this travel period not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. § 5702(a).

IT IS SO ORDERED.

Dated:  **July 12, 2018**         /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE